UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS HOKE,

        Plaintiff,

v.                                        CASE NO.: 8:18-cv-01107-SCB-TGW

NAVIENT SOLUTIONS, LLC,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, Navient Solutions, LLC (NSL), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 20, 2018

                                        Respectfully submitted,

                                        */s/ Michael P. Schuette*
                                        Michael P. Schuette, Esq.
                                        Florida Bar No. 0106181
                                        Dayle M. Van Hoose, Esq.
                                        Florida Bar No. 0016277
                                        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                        3350 Buschwood Park Drive, Suite 195
                                        Tampa, Florida 33618
                                        Telephone: (813) 890-2460
                                        Facsimile: (866) 466-3140
                                        mschuette@sessions.legal

dvanhoose@sessions.legal

*Attorneys for Defendant,
Navient Solutions, LLC*

### **CERTIFICATE OF SERVICE**

I certify that on this 20th day of November 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Frank H. Kerney, III, Esq,
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
fkerney@forthepeople.com
snazario@forthepeople.com

/s/ Michael P. Schuette
Attorney