UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS HOKE,

    Plaintiff,                      CASE NO.:  8:18-CV-01107-SCB-TGW

-vs-

NAVIENT SOLUTIONS, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Thomas Hoke, and the Defendant, Navient Solutions, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 22nd day of January, 2019.


*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*

*/s/Michael Schuette, Esquire*
Michael Schuette, Esquire
Florida Bar #: 106181
Sessions, Fishman, Nathan & Israel, L.L.C.
3350 Buschwood Park Drive, Ste. 195
Tampa, FL 33618
Telephone: (813) 890-2472
Facsimile: (866) 466-3140
mschuette@sessions.legal
cmclaurin@sessions.legal
*Counsel for Defendant*